IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| ZACH HILLESHEIM, | |
|---|---|
| Plaintiff, | 8:18CV176 |
| vs. | |
| CFJ PROPERTIES, | ORDER |
| Defendant. | |

On August 7, 2018, the Court ordered Plaintiff to show cause why this case should not be dismissed pursuant to Federal Rule of Civil Procedure 4(m) for failure to serve the defendant within 90 days of filing the complaint. (Filing No. 5). On August 22, 2018, Plaintiff filed a Response (Filing No. 6) and Declaration (Filing No. 7) indicating that service of the defendant at its registered place of business by sheriff was unsuccessful because it is an elementary school. Plaintiff is preparing a request for substitute service of the defendant and requests an extension of the service deadline. Accordingly,

**IT IS ORDERED:**

1. Plaintiff shall have an extension of time to October 22, 2018, to serve the defendant.
2. The show cause deadline is terminated.

Dated this 23rd day of August, 2018.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge